Núm. 8303.—PUEBLO, apldo. v. CRUZ, aplte.—▮▮▮▮▮▮ ▮▮▮▮▮▮ Julio 26, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

POR CUANTO, este caso procede de la Corte de Distrito de Ponce donde después de un juicio por jurado, se rindió un veredicto de culpabilidad y se condenó al acusado por el delito de homicidio voluntario;

POR CUANTO, el acusado en su alegato señala cuatro errores, pero no discute nada más que los números dos y tres;

POR CUANTO, el segundo señalamiento de error lee como sigue:

"La corte cometió errores graves y perjudiciales al acusado al transmitir al jurado instrucciones sobre legítima defensa, insistiendo y calificando lo que constituye legítima defensa."

POR CUANTO, apareciendo que la teoría del acusado fué precisamente la defensa propia, no cometió error la corte al dar instrucciones detalladas al jurado de qué es y qué no es defensa propia; especialmente cuando examinadas por esta Corte las mismas, son correctas;

POR CUANTO, el tercer señalamiento de error dice:

"El veredicto en este caso es contrario a las pruebas y al derecho."

POR CUANTO, aparece de la transcripción de evidencia que la prueba presentada por el fiscal, de ser creída por el jurado, es suficiente para sostener el veredicto de homicidio voluntario traído por el jurado y que el conflicto de prueba fué resuelto adversamente al acusado, sin haberse demostrado que los jurados actuaran con pasión, prejuicio o parcialidad, o cometieran error manifiesto.

POR CUANTO, no aparece que el veredicto sea contrario a las pruebas ni a derecho, y por el contrario el mismo es correcto:

POR TANTO, se confirma la sentencia apelada que dictó la Corte de Distrito de Ponce, con fecha febrero 26, 1940, en el caso arriba indicado.

El Juez Asociado Sr. De Jesús no intervino.